JS - 6

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XEROX CORPORATION, a corporation, | Case No. SACV12-217 JVS (ANx) |
| Plaintiff, | **JUDGMENT** |
| vs. | **Hearing:** |
| EXPRESS GRAPHICS AND PRINTING, LLC; Does 1-100, | **Date:** Vacated<br>**Time:**<br>**Room:** |
| Defendants. | |

**TO THE COURT, THE DEFENDANT AND ALL OTHER INTERESTED PARTIES:**

This action having been commenced by the filing of a Complaint by Plaintiff XEROX CORPORATION, a corporation, (hereinafter referred to as the "Plaintiff"), and issuance of a Summons on May 17, 2012, and a copy of said Summons on First Amended Complaint and First Amended Complaint having been served upon the Defendant EXPRESS GRAPHICS AND PRINTING, LLC (hereinafter referred to as the "Defendant"), via substituted service in accordance with the Federal Rules of Civil Procedure.

Despite receipt of due process and notice, the Defendant has failed to file or serve any claim or pleading or notice of appearance, and have failed to file and serve an Answer or otherwise appeared in this action within the time specified in the notice previously heretofore filed with the Court. Moreover, Default as to the Defendant was entered on October 5, 2012.

///

The Court having received and reviewed the Plaintiff's Motion for Entry of Default Judgment in this matter submitted pursuant to Federal Rules of Civil Procedure 55(a) and (b)(1), as well as the attached Declaration and Exhibits, and the contents of the Court's file, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1) Judgment shall be entered against Defendant, EXPRESS GRAPHICS AND PRINTING, LLC, in the following amounts:

Principal: $135,217.82.

Prejudgment interest pursuant to the written lease agreement of 18% from June 19, 2010, to March 11, 2013: $67,603.35.

Possession of the following equipment identified by their respective serial numbers under the Agreements:

a) Xerox X700XV(EXTERNAL XRX 700V), Serial No. RPD332427, and

b) X70EX2 (EX SERVERXPRO X700), Serial No. ULH001767.

Attorney's fees pursuant to Local Rule 55-3: $6,437.98.

Plaintiff is directed to seek costs in accordance with Local Rule 54.

Total Judgment: $209,259.15.

**IT IS SO ORDERED.**

DATED: May 2, 2013

_____
James V. Selna
United States District Judge